UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 19-62996-CIV-SMITH

ANDA, INC.,

    Plaintiff,

vs.

SURECARE SPECIALTY PHARMACY, LLC,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Please take notice that Plaintiff, Anda, Inc., hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case, and by First Class U.S. Mail to the parties listed below on this the 30th day of March, 2020.

| | |
|---|---|
| Surecare Specialty Pharmacy, LLC | Surecare Specialty Pharmacy, LLC |
| Attn: Paul Galbiati, Reg. Agent | Attn: Paul Galbiati, Reg. Agent |
| 4005 N. Mesa St. | 1714 N. Mesa Street |
| El Paso, TX 79902 | El Paso, TX 79902 |

    Respectfully Submitted,

**Shraiberg, Landau & Page, P.A.**
Attorneys for Plaintiff
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

    By: __/s/ Bradley Shraiberg_____
        Bradley S. Shraiberg
        Florida Bar No. 121622